FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

2011 DEC -9  A 11: 40

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:11-CR-48-JCM<br>) |
| DANYA MAYCOTTE, | )<br>) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on December 7, 2011, defendant DANYA MAYCOTTE pled guilty to Count One of a One-Count Criminal Indictment charging her with Conspiracy to Distribute a Controlled Substance; that is, 50 or more grams of Methamphetamine, in violation of Title 18, United States Code, Section 846. Docket #1.

This Court finds defendant DANYA MAYCOTTE agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant DANYA MAYCOTTE pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Sections 841(a)(1), 846, 853(a)(1) and 853(p):

. . .

1         a)     $44,000 in United States Currency.

2         This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

4         NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

6         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of DANYA MAYCOTTE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

9         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

        Michael A. Humphreys  
        Assistant United States Attorney  
        Daniel D. Hollingsworth  
        Assistant United States Attorney  
        Lloyd D. George United States Courthouse  
        333 Las Vegas Boulevard South, Suite 5000  
        Las Vegas, Nevada 89101

24         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate

. . .

1 | agency following publication of notice of seizure and intent to administratively forfeit the above-
2 | described property.
3 |     DATED this 13th day of December, 2011.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE